UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X  AFFIDAVIT OF SERVICE
In re.

GERARDO DIMATTEO, JR.
aka GERARDO DI MATTEO, JR.                                    CASE NO.: 17-23162-rdd
                                                              CHAPTER 13
             Debtor.
-----------------------------------------------------------X

STATE OF NEW YORK     )
COUNTY OF WESTCHESTER ) SS:
CITY OF WHITE PLAINS  )

Paola Torres, being duly sworn deposes and says that she is over 18 years of age, is not a party to this action and resides in Westchester, New York:

That on November 1, 2018, I served a copy of the *Fee Application by Cabanillas & Associates, P.C., for the Allowance of Legal Fees for the Period of July 26, 2017 to November 1, 2018* upon the following parties whose names are hereinafter set forth by depositing a true and correct copy of same enclosed in a post paid wrapper in the Official Depository maintained and exclusively controlled the U.S. Post Office to said parties at the addresses set forth after their respective names, that being the address within the state designated by them for this purpose, to wit:

TO:

Judge Robert D. Drain
U.S. Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Debtor
Gerardo DiMatteo, Jr.
855 Shepherd Court
Yorktown Heights, NY 10598

Trustee
Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Cach LLC
4500 Cherry Creek Drive
Denver, Co 80246

Caliber Home Loans, In
715 S Metropolitan Ave
Oklahoma City, Ok 73108

Emigrant Mortgage Co
5 E 42nd St
New York, NY 10017

New York State Department Of Taxation &
Finance
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

Specialized Loan Servicing/Sls
Attn: Bankruptcy
P.O. Box 636005
Littleton, Co 80163

{01339517 /1 }                                1

U.S. Bank National Association Trustee C/O
Specialized Loan Servicing Llc
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Wells Fargo Home Mor
Written Correspondence Resolutions
Mac#2302-04e
Desmoines, IA 50306

Sworn to before me this
November 1, 2018

_____
Sara Calcetero

_____
Paola Torres

SARA CALCETERO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CA6347877
Qualified in Westchester County
My Commission Expires 9/12/20

{01339517 /1 }　　　　　　　　　　2